IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY SODANO,

      Plaintiff,                                 No. CIV S-11-2902 MCE EFB PS

      vs.

DISCOVER FINANCIAL SERVICES, INC.;
DISCOVER BANK; DISCOVER CARD
SERVICES, INC.,

      Defendants.                            ORDER
_____/

      This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On April 19, 2012, the undersigned granted defendants' motion to dismiss plaintiff's complaint, but provided plaintiff thirty days to file an amended complaint. Dckt. No. 25.

      On May 7, 2012, plaintiff filed a motion for a thirty day extension of time to file her amended complaint. Dckt. No. 26. Plaintiff contends that she is awaiting an investigation by the Consumer Financial Protection Bureau and the Federal Trade Commission, and that "[i]t will take 15-20 days for them to complete their investigation." *Id.* at 2. In light of plaintiff's representations, the request for an extension will be granted.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to file her amended complaint, Dckt. No. 26, is granted;

2. Plaintiff has until June 18, 2012 to file an amended complaint, as provided in the April 19, 2012 order;

3. Failure to timely file an amended complaint in accordance with this order will result in a recommendation this action be dismissed;

4. Defendants shall file a response to plaintiff's amended complaint within fourteen days from the date an amended complaint is filed;

5. The status (pretrial scheduling) conference currently set for hearing on August 15, 2012, is continued to October 17, 2012 at 10:00 a.m. in Courtroom No. 24; and

6. On or before October 3, 2012, the parties shall file status reports, as provided in the November 3, 2011 order.

DATED: May 8, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE