IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY SODANO,

      Plaintiff,

vs.

DISCOVER FINANCIAL SERVICES, INC.; DISCOVER BANK; DISCOVER CARD SERVICES, INC.,

      Defendants.

No. 2:11-cv-2902-MCE-EFB PS

FINDINGS AND RECOMMENDATIONS

This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On April 19, 2012, the undersigned granted defendants' motion to dismiss plaintiff's complaint, but provided plaintiff thirty days to file an amended complaint. Dckt. No. 25. Then, on May 8, 2012, the undersigned granted plaintiff's request for an extension of time to file her amended complaint, and gave plaintiff until June 18, 2012 to file an amended complaint. Dckt. No. 27. The order explained that "[f]ailure to timely file an amended complaint [would] result in a recommendation this action be dismissed." *Id.* at 2.

The deadline has now passed and plaintiff has not filed an amended complaint.

////

1

1 Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice,
2 and that the Clerk be directed to close this case. Fed. R. Civ. P. 41(b); L.R. 110.

3     These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties. Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated: June 26, 2012.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE